**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AMMIEL CORNISH, ) | No. CV 11-1509-PHX-RCB (ECV) |
| Plaintiff, ) | **ORDER FOR PAYMENT** |
| vs. ) | **OF INMATE FILING FEE** |
| JAMES SNOW, ) | |
| Defendant. ) | |

**TO: THE WARDEN OF THE LA PALMA CORRECTIONAL CENTER**

Plaintiff Ammiel Cornish, inmate #AD7491, who is confined in the La Palma Correctional Center in Eloy, Arizona, must pay the statutory filing fee of $350.00. Plaintiff must first pay an initial partial filing fee of $6.96. Thereafter, Plaintiff must pay the balance of the fee in monthly payments of 20% of the preceding month's income credited to Plaintiff's trust account. The Warden of the La Palma Correctional Center or his designee must collect and forward these payments to the Clerk of Court each time the amount in the account exceeds $10.00.

**IT IS ORDERED:**

(1) The Warden of the La Palma Correctional Center or his designee must forward to the Clerk of Court the initial partial filing fee of $6.96. The balance of the $350.00 filing fee must be collected from Plaintiff's trust account in monthly payments of 20% of the

1 preceding month's income credited to the account. Payments must be forwarded to the Clerk
2 of the Court each time the amount in the account exceeds $10.00. The payments must be
3 clearly identified by the name and number assigned to this action.

4     (2) The Warden of the La Palma Correctional Center or his designee must notify
5 the Clerk of Court in writing when Plaintiff is released or transferred to a correctional
6 institution other than the La Palma Correctional Center, so new billing arrangements may be
7 made to collect any outstanding balance.

8     (3) The Clerk of Court must serve by mail a copy of this Order on the Warden of
9 the Corrections Corporation of America's La Palma Correctional Center, 5501 North La
10 Palma Road, Eloy, Arizona 85231.

11     (4) The Clerk of Court must forward a copy of this Order to Financial
12 Administration for the Phoenix Division of the United States District Court for the District
13 of Arizona. Financial Administration must set up an account to receive payments on the
14 filing fee for this action and must notify the Court when the filing fee is paid in full.

15     DATED this 19th day of October, 2011.

Robert C. Broomfield
Senior United States District Judge